


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: MJ-21-05164 |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| CHRISTIAN MICHAEL MORALES, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the *Southern District of California* for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.   (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on *absconded from supervision*

_____

_____

_____

and/or

B.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Criminal history while on supervision

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 10, 2021

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge